En el Tribunal Supremo de Puerto Rico

| IN RE: | |
|---|---|
| LUIS F. MALDONADO RIVERA<br>     QUERELLADO | Conducta<br>Profesional<br><br>99TSPR50 |

Número del Caso: AB-98-91, AB-98-130, RT-98-3549

Abogados de la Parte Querellante: AB-98-91 HON. CARLOS LUGO FIOL
PROCURADOR GENERAL

LCDA. IRIS M. BARRETO SAAVEDRA
PROCURADORA GENERAL AUXILIAR

AB-98-0130 LCDA. MARIA DE LOURDES RODRIGEZ
       OFICIAL INVESTIGADORA, COMISION DE ETICA COLEGIO DE ABOGADOS

RT-98-3549 LCDA. CARMEN H. CARLOS CABRERA
       DIRECTORA OFICINA INSPECCION DE NOTARIAS

Abogados de la Parte Querellada: POR DERECHO PROPIO

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 4/9/1999

Materia:

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

   Luis F. Maldonado Rivera          AB-98-91
                                     AB-98-130
                                     RT-98-3549


                            RESOLUCION


San Juan, Puerto Rico, a 9 de abril de 1999

     Mediante Opinión <u>Per Curiam</u>, de 22 de enero de 1999 –
notificada el 1ro de febrero–, suspendimos indefinidamente de
la práctica de la profesión al Lcdo. Luis F. Maldonado
Rivera, por su reiterada desatención a los requerimientos de
la Oficina de Inspección de Notarías, e incumplimiento con la
Regla 13 (c) de nuestro Reglamento sobre notificaciones
tardías y órdenes.

     Así las cosas, el 3 de marzo el Lcdo. Maldonado Rivera
presentó "Moción de Reconsideración Urgente", en la cual
evidencia el cumplimiento de las órdenes emitidas y solicita
reinstalación.

     Carecemos de jurisdicción para acoger dicha
reconsideración, por haberse presentado fuera del término
reglamentario. Sin embargo, en vista de que el Lcdo.
Maldonado Rivera esta suspendido desde el 1ro de febrero y ha
cumplido nuestras órdenes, se le reinstala de forma inmediata
hoy en el ejercicio de la profesión legal.

     Publíquese.

     Lo acordó el Tribunal y certifica la Secretaria del
Tribunal Supremo. El Juez Presidente señor Andréu García y el
Juez Asociado señor Hernández Denton no intervinieron.

                              Isabel Llompart Zeno
                         Secretaria del Tribunal Supremo